In the Matter of JOHN HETHERINGTON, as Surrogate of the County of Queens, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Appellants.

Argued October 26, 1938; decided December 2, 1938.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Seymour B. Quel* of counsel), for appellants.

*Thomas D. Austin* for respondent.

Order affirmed, with costs, on the authority of *Matter of Wingate* v. *McGoldrick* (279 N. Y. 246), decided herewith. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.